Sheehan & Associates, P.C.

Spencer Sheehan
spencer@spencersheehan.com

60 Cuttermill Rd Ste 412
Great Neck NY 11021

T (516) 268-7080
F (516) 234-7800

November 28, 2023

Hon. Brendan A. Hurson
United States District Judge
District of Maryland
101 W Lombard St
Baltimore MD 21201

Re:   1:23-cv-01363-BAH
      Wood v. Blue Diamond Growers

Dear District Judge Hurson:

This office represents the Plaintiff. On November 28, 2023, the parties participated in a teleconference with respect to the Amended Complaint filed on November 13, 2023.

Plaintiff intends to file opposition to Defendant's Motion to Dismiss the Third Amended Complaint filed on October 23, 2023. ECF No. 18.

Plaintiff proposes the following schedule:

| Party | Event | Date |
|-------|-------|------|
| Plaintiff | Opposition to Defendant's Motion to Dismiss the Third Amended Complaint | December 19, 2023 |
| Defendant | Reply in Support of Motion | January 9, 2024 |

Thank you.

Sincerely,

/s/Spencer Sheehan

**Certificate of Service**

I certify that on November 28, 2023, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan